## 7237. DURHAM v. THE STATE.

BROYLES, J. The defendant was convicted of violating the "labor-contract act" (Acts 1903, p. 90, Penal Code, §§ 715, 716). It not having been proved that he had no good and sufficient cause for his failure to perform the contract, the conviction was unauthorized. *Johnson* v. *State,* 125 *Ga.* 243 (3), 246 (54 S. E. 184) ; *Mobley* v. *State,* 4 *Ga. App.* 78 (60 S. E. 803) ; *Hankinson* v. *State,* 6 *Ga. App.* 793 (65 S. E. 837) ; *Brown* v. *State,* 8 *Ga. App.* 211 (2), 212 (68 S. E. 865) ; *Thorn* v. *State,* 13 *Ga. App.* 10 (2), 13 (78 S. E. 853) ; *Jones* v. *State,* 16 *Ga. App.* 216 (84 S. E. 88). This essential proof was not furnished by the hirer's testimony that he did not give the defendant any cause to quit. The testimony on this point amounted to no more than an opinion or conclusion, without proof of facts to support it. Moreover, proof that the hirer did not give the defendant cause to quit would not of itself show that there was no good and sufficient cause. See *Swilley* v. *State,* 14 *Ga. App.* 15 (80 S. E. 31) ; *Mobley* v. *State,* 13 *Ga. App.* 730 (79 S. E. 907).

*Judgment reversed. Russell, C. J., absent.*

DECIDED APRIL 17, 1916.

Accusation of cheating and swindling; from city court of Athens —Judge West. December 20, 1915.

*Henry C. Tuck,* for plaintiff in error.

*S. C. Upson, solicitor,* contra.

---

## 7245. WALTON v. THE STATE.

BROYLES, J. 1. The two requests to charge were properly refused by the court. The first one contained a clear expression of opinion that the assault charged had been committed by the defendant; and the other incorrectly stated the law upon the subject of assault and battery.

2. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Russell, C. J., absent.*

DECIDED APRIL 17, 1916.

Accusation of assault and battery; from city court of Floyd county—Judge Nunnally. December 20, 1915.

*L. H. Covington, W. B. Mebane,* for plaintiff in error.

*C. H. Porter, solicitor,* contra.